JS 6

CC: FISCAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | ) ) ) | CASE NO. 2:11-CV-1073 DSF (AJWx) |
|---|---|---|
| Claimant-Plaintiff, | ) ) ) | **ORDER APPROVING PAYMENT AND DISMISSING ACTION** |
| vs. | ) ) | |
| AFA FINANCIAL GROUP, LLC, et al. | ) ) | |
| Claimant-Defendants. | ) ) | |

Having considered the Joint Stipulation filed on March 26, 2012 by plaintiff Endurance American Specialty Insurance Company and defendants AFA Financial Group LLC, Rodney S. Palmer, and California Cotton Alliance, the Court orders the following:

1. In accordance with the terms of the parties' agreement, payment is authorized in the amount of $144,767.55, leaving $3,666,583.12 remaining under the Policy's aggregate limit.

2. The terms agreed to by the parties constitute a full and fair settlement of all claims concerning the California Cotton Claim and all other actual or potential counter-claims or cross-claims related thereto in this action.

1
[PROPOSED] ORDER APPROVING PAYMENT AND DISMISSING ACTION

3. There being no other claims to the insurance policy in dispute, this action is dismissed in its entirety. The parties shall pay their own attorneys' fees and costs. However, the Court shall retain jurisdiction to enforce the terms of the settlement agreement or as appropriate.

4. The Clerk is directed to enter this Order forthwith as the final judgment of the Court.

**IT IS SO ORDERED**

Dated: 3/27/12

*/s/ Dale S. Fischer*

**DALE S. FISCHER**
United States District Judge